BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>CATATEA JAMES,<br><br>                         Defendant, | CASE NO.  Cr  1:12-cr-00038 AWI-BAM<br><br>AMENDED STIPULATION REGARDING SETTING FOR CHANGE OF PLEA;  ORDER |

**STIPULATION**

　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for trial confirmation on August 26, 2013, at 10:00 a.m.  and trial on September 10, 2013.

　　　2.　　By this stipulation, the parties now move to set the matter for a change of plea on Monday, July 22, 2013, at 10 a.m.  A memorandum of plea agreement has been signed by the parties and filed.

////

////

////

1

IT IS SO STIPULATED.

DATED: July 16, 2013. Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: July 16, 2013.

/s/ Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendant Catatea James

**O R D E R**

IT IS SO ORDERED.

Dated:  July 17, 2013

_____
SENIOR DISTRICT JUDGE

2