ANTHONY P. CAPOZZI, CSBN: 068525
NICHOLAS A. CAPOZZI, CSBN: 275568
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:  (559) 221-0200
Facsimile:  (559) 221-7997
E-mail: anthony@capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
CATATEA JAMES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:12-CR-00038-6 AWI |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| vs. ) | CONTINUE SENTENCING |
| ) | |
| ) | |
| CATATEA JAMES, ) | Date: October 8, 2013 |
| ) | Time: 10:00 am |
| Defendant. ) | Hon. Anthony W. Ishii |

   Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

   1. By previous order, this matter was set for sentencing on October 8, 2013, at 10:00 a.m.

   2. By this stipulation, defendant now moves to continue the sentencing until **October 15, 2013, at 10:00 a.m.**

   3. The parties agree and stipulate, and request that the Court find the following:

       a. The Court is unavailable on October 7, 2013, for sentencing and has therefore continued Defendant's sentencing to October 8, 2013, at 10:00 a.m.

   b. Defense counsel is unavailable on October 8, 2013, due to a previously scheduled hearing. Defense Counsel will be appearing on *People v. Manjinder Shergill*, Case No. 1447391, in Stanislaus County Superior Court at 8:30 a.m.

   c. The government does not object to the continuance.

IT IS SO STIPULATED.

DATED: October 3, 2013    Respectfully submitted,

            */s/ Anthony P. Capozzi*
            ANTHONY P. CAPOZZI
            Attorney for, CATATEA JAMES

Dated: October 3, 2013    */s/ Karen A. Escobar*
            Assistant United States Attorney

## ORDER

For reasons set forth above, the continuance requested by the parties is granted.

**IT IS ORDERED** that the Sentencing currently scheduled for October 8, 2013, at 10:00 a.m. is continued to **October 15, 2013, at 10:00 a.m.**

IT IS SO ORDERED.

Dated:   October 3, 2013       _____
              SENIOR DISTRICT JUDGE